John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiff
NANCY V. SOTO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NANCY V. SOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEQ SERVICING CORP., a New Jersey Corp.; and JOHN & JANE DOES 1 – 10;<br><br>Defendants. | Case No.: 2:08-cv-02996-WBS-GGH<br><br>**ORDER GRANTING EX-PARTE APPLICATION FOR RESCHEDULING MANDATORY SCHEDULING CONFERENCE DATE TO JUNE 1, 2009** |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

After considering Plaintiff NANCY V. SOTO's Ex Parte Application to Reschedule the Mandatory Scheduling Conference to **June 1, 2009**, at **2:00 p.m.**, in Courtroom 5;

**IT IS SO ORDERED.**

Dated: April 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

**ORDER GRANTING EX PARTE APPLICATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**